IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH JEAN BRIDGES                                              PLAINTIFF

            v.                    Civil No. 14-5175

JOHN DOE, Director of Washington
Regional Medical Center; JOHN DOE
OFFICERS, Fayetteville Police
Department; JOHN DOE, Director of
the Springdale Psych Ward; JOHN
DOE, Investigative Reporter for
Fox News; JOHN DOE, Psychiatrist of the
Ozark Guidance Center; KEN McGEE,
Sheriff; MR. HOLDER, Friend's Father;
DR. ROUSE, Former Doctor for Campbell's
Soup; FRED HANNA, Ex-mayor of Fayetteville;
PAULA FOX, Eastern Stars; DR. JONES,
Psychiatrist, Ozark Guidance Center                               DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. The Plaintiff is proceeding *pro se* and *in forma pauperis*.

By order (Doc. 14) entered on September 17, 2014, the Plaintiff was directed to file an addendum to the Complaint by October 10, 2014. Plaintiff was advised that failure to respond to the Court order could result in the dismissal of her case.

To date, Plaintiff has not filed the addendum. She has not requested an extension of time to do so. Plaintiff has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend that the complaint be dismissed without prejudice based on the Plaintiff's failure to obey an order of the Court and to prosecute her case.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of January 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)