IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH JEAN BRIDGES                                                    PLAINTIFF

V.                              CASE NO.: 5:14-CV-5175

JOHN DOE, Director of Washington Regional
Medical Center; JOHN DOE OFFICERS,
Fayetteville Police Department; JOHN DOE,
Director of the Springdale Psych Ward;
JOHN DOE, Investigative Reporter for
Fox News; JOHN DOE, Psychiatrist of the
Ozark Guidance Center; KEN McGEE, Sheriff;
MR. HOLDER, Friend's Father; DR. ROUSE,
Former Doctor for Campbell's Soup; FRED
HANNA, Ex-mayor of Fayetteville; PAULA
FOX, Eastern Stars; and DR. JONES, Psychiatrist,
Ozark Guidance Center                                                   DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 15) filed in this case on January 13, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 20th day of February, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE